UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00204-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **STYX CUTHBERTSON TRUCKING** | ) | |
| **COMPANY, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss Indictment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Indictment (#134) is **GRANTED** as to **STYX CUTHBERTSON TRUCKING COMPANY, INC.**, and the Superseding Indictment is **DISMISSED WITHOUT PREJUDICE** as to such defendant.

Signed: August 13, 2014

Max O. Cogburn Jr.
United States District Judge